**582**

No. —, original. Ex parte Frank Contardi;

No. —, original. Ex parte Glen Wilkerson; and

No. —, original. Ex parte Manuel Manzano. November 17, 1941. The motions for leave to file petitions for writs of habeas corpus are denied.

No. —, original. Ex parte State of Texas. November 17, 1941. The motion of Lone Star Gas Company for leave to intervene is granted.

No. 16. Toucey v. New York Life Insurance Co. November 17, 1941. The motion of petitioner relative to New York Life Policy No. 8,611,895 is denied. See *ante*, p. 118.

No. 714. Harrington v. California.

November 24, 1941. *Per Curiam:* The appeal is dismissed for want of a substantial federal question. *Nicchia* v. *New York,* 254 U. S. 228. *George F. Harrington, pro se.*

No. —, original. Ex parte James R. Keller. November 24, 1941. The motion for leave to file petition for writ of habeas corpus is denied.

No. 223. United States et al. v. Railway Labor Executives Association et al. Appeal from the District Court of the United States for the District of Columbia. November 24, 1941. Appeal dismissed as to appellant United States, on motion of *Solicitor General Fahy* for the United States.